7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Michelle L. Walker
*Debtor*

*Bankruptcy Case No.*
09–42331–jwv7

**Michelle L. Walker**
   Plaintiff(s)

*Adversary Case No.*
12–04223–jwv

v.

**Nelnet**
**Sentry Credit**
   Defendant(s)

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: entered in favor of Plaintiff and against Nelnet and NCO. Plaintiff has lack of income necessary to make payments on accounts and Court rules undue financial hardship discharge of student loans.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
　　　Deputy Clerk

Date of issuance: 1/23/13

Court to serve